■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATTHEW W. BRISSENDEN, on Behalf of TONY MCCLAM, Petitioner, v WARDEN, NASSAU COUNTY CORRECTIONAL CENTER, Respondent. [40 NYS3d 914]—Writ of habeas corpus in the nature of an application for bail reduction upon Nassau County indictment No. 1697N-16 and to set reasonable bail.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Nassau County, did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex*

*rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Rivera, J.P., Chambers, Roman and LaSalle, JJ., concur.